Robert T. Bell, Esq.
REEP, BELL, LAIRD & JASPER, P.C.
2955 Stockyard Road
P.O. Box 16960
Missoula, Montana 59808-6960
Telephone:  (406) 541-4100
Facsimile:   (406) 541-4101
bell@westernmontanalaw.com

**FILED**

NOV 1 5 2018

Clerk, U.S. District Court
District Of Montana
Missoula

Attorneys for Proposed Intervenor

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA, MISSOULA DIVISION

| | |
|---|---|
| MATT BARKER, TERRIL BERNHARDT, DWAYNE BINKLEY, MARK BOESCH, MIKE CONRAD, RANDALL DOANE, KEN DURIE, DAMIAN EDWARDS, MIKE ELLEN, DANIEL ENDECOTT, RYAN EWER, CHUCK FYFE, MIKE GATES, JASON GORDON, RICK HAJEK, DAVIS B. HARRIS, THOMAS HARTZELL, RANDY HILL, TRAVIS HILL, GRAHAM HYDE, TYLER JARVIS, GERALD JELLETICH, PAUL KENNY, ROBERT MATTIJETZ, JEFF MCCHRISTIAN, CHRIS MCPHERSON, LESTER MEINZEN, ERIN MESSEX, MARK MILLER, BRUCE MILLER, ISAAC MILSTEAD, DAVID NORDMAN, RANDY | Cause No.: CV-18-179-DLC<br><br><br>**UNCONTESTED MOTION TO INTERVENE** |

| PHILLIPS, DENNIS K. RAMEY, GREGORY RAUER, MILES RAUER, MICHAEL RYKER, ALLEN SCHMIDT, BRETT SHARBONO, ROB SIMS, WILLIAM "BERT" SMEAD, MARVIN SNEDIGAR, JONI SOLANDER, JASON SPEK, ROGER STEVENS, KI STODDARD, RICHARD WAYNE SUMMERS, STEVE TENOLD, KENNETH TICHENOR, ZACH TITECA, DAN WALDO, DON WHITEHAIR AND PATRICK WURSTER | |
|---|---|
| Petitioners, | |
| v. | |
| SELWAY CORPORATION and the SELWAY CORPORATION EMPLOYEE STOCK OWNERSHIP PLAN, | |
| Respondents, | |
| and | |
| MAX DOWNING | |
| Proposed Intervenor. | |

Proposed Intervenor Max M. Downing ("Mr. Downing") hereby moves to intervene as a Respondent-Intervenor in this action.  Mr. Downing's intervention is warranted under Fed.R.Civ.P. 24(a)(2).

As set forth in the accompanying brief, intervention is necessary because Mr. Downing is a party to the settlement that is the subject of this case and thus has an interest in the subject of this action.  Further, it is necessary for Mr. Downing to monitor and participate in the proceedings in order to be assured that the terms of the settlement are accurately presented to and approved by the Court.

Pursuant to Local Rule 7.1(c)(1), the undersigned counsel has contacted counsel for Petitioners and Respondent Selway Corporation and is advised that the do not contest this motion.

DATED this 15th day of November, 2018.

REEP, BELL, LAIRD & JASPER, P.C.

By: _____
Robert T. Bell
Attorneys for Proposed Intervenor