FILED

NOV 26 2018

Clerk, U.S. Courts
District Of Montana
Missoula Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MATT BARKER, TERRIL BERNHARDT, DWAYNE BINKLEY, MARK BOESCH, MIKE CONRAD, RANDALL DOANE, KEN DURIE, DAMIAN EDWARDS, MIKE ELLEN, DANIEL ENDECOTT, RYAN EWER, CHUCK FYFE, MIKE GATES, JASON GORDON, RICK HAJEK, DAVIS B. HARRIS, THOMAS HARTZELL, RANDY HILL, TRAVIS HILL, GRAHAM HYDE, TYLER JARVIS, GERALD JELLETICH, PAUL KENNY, ROBERT MATTIJETZ, JEFF MCCHRISTIAN, CHRIS MCPHERSON, LESTER MEINZEN, ERIN MESSEX, MARK MILLER, BRUCE MILLER, ISAAC MILSTEAD, DAVID NORDMAN, RANDY PHILLIPS, DENNIS K. RAMEY, GREGORY RAUER, MILES RAUER, MICHAEL RYKER, ALLEN SCHMIDT, BRETT SHARBONO, ROB SIMS, WILLIAM "BERT" SMEAD, MARVIN SNEDIGAR, JONI SOLANDER, JASON SPEK, ROGER STEVENS, KI STODDARD, RICHARD WAYNE SUMMERS, STEVE TENOLD, KENNETH TICHENOR, ZACH TITECA, DAN WALDO, DON | CV 18–179–M–DLC<br><br>ORDER |

| | |
|---|---|
| WHITEHAIR AND PATRICK WURSTER<br><br>        Petitioners,<br><br>v.<br><br>SELWAY CORPORATION and the SELWAY CORPORATION EMPLOYEE STOCK OWNERSHIP PLAN,<br><br>        Respondents. | |

Before the Court is the Uncontested Motion to Intervene (Doc. 8) filed by proposed intervenor Max M. Downing ("Downing"). Downing seeks to intervene pursuant to Federal Rule of Civil Procedure 24(a), "as of right." The Court finds that Downing may intervene as of right because his motion is timely, he has a significantly protectable interest relating to the transaction that is the subject of the action, the disposition may impair or impede his ability to protect that interest, and his interest is not adequately represented by the existing parties in the lawsuit. *DBSI/TRJ IV Ltd. Partnership v. United States*, 465 F.3d 1031, 1037 (9th Cir. 2006). Accordingly,

IT IS ORDERED that Downing's Motion (Doc. 8) is GRANTED and he is hereby granted leave to intervene as Respondent-Intervenor in this matter pursuant to Rule 24(a).

DATED this 26th day of November, 2018.

/s/ Dana L. Christensen
Dana L. Christensen, Chief Judge
United States District Court